IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHANIEL WILSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MAJOR DAVID CODDINGTON, *et al.*<br><br>    Defendants. | 2:25-CV-00858-CCW |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Christopher B. Brown for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On December 1, 2025, the Magistrate Judge issued a Report, ECF No. 20, recommending that this case be dismissed for failure to prosecute. ECF No. 20. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. It is **FURTHER ORDERED** that Defendants' Motions to Dismiss, ECF Nos. 8, 11, are **DISMISSED** as moot, and the Magistrate Judge's Report and Recommendation, ECF No. 20, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 29th day of December, 2025.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via US mail):

Nathaniel Wilson, pro se
115 Ford Street
Washington, PA 15301